This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), a corporation organized and existing under the laws of the United States of America,**

**Plaintiff-Appellant,**

**v.**                                                         **NO. A-1-CA-37167**

**REBECCA CARRELL, if living; if deceased, THE UNKNOWN HEIRS OF REBECCA CARRELL, deceased, and JOHN DOE CARRELL, wife and husband; CHERYL RICKS and JOHN DOE RICKS, wife and husband; GILBERT MAESTAS, if living; if deceased, THE UNKNOWN HEIRS OF GILBERT MAESTAS, deceased, and MARY ALICE MAESTAS, if living; if deceased, THE UNKNOWN HEIRS OF MARY ALICE MAESTAS, deceased, husband and wife; GULF COAST INVESTMENT CORPORATION; CITIMORTGAGE, INC.; and OCCUPANTS OF THE PROPERTY,**

**Defendants-Appellees.**

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Nancy J. Franchini, District Judge**

McCarthy Holthus, LLP
Joshua T. Chappell
Albuquerque, NM

for Appellant

Rebecca Carrell
Albuquerque, NM

Pro Se Appellee

John Doe Carrell
Carlsbad, NM

Pro Se Appellee

Cheryl Ricks
Albuquerque, NM

Pro Se Appellee

Keith Ricks
a/k/a John Doe Ricks
Albuquerque, NM

Pro Se Appellee

Gilbert Maestas
unknown

Pro Se Appellee

Mary Alice Maestas
unknown

Pro Se Appellee

Gulf Coast Investment Corporation
unknown

Pro Se Appellee

Citicorp Mortgage, Inc.
a/k/a CitiMortgage, Inc.
c/o CT Corp. System
Santa Fe, NM

Pro Se Appellee

# MEMORANDUM OPINION

**VIGIL, Judge.**

{1}     Summary reversal was proposed for the reasons stated in the notice of proposed summary disposition.  No memorandum opposing summary reversal has been filed and the time for doing so has expired.

{2}     **REVERSED.**

{3}     **IT IS SO ORDERED.**

_____
**MICHAEL E. VIGIL, Judge**

**WE CONCUR:**

_____
**J. MILES HANISEE, Judge**

_____
**JENNIFER L. ATTREP, Judge**